UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARIA PRICE, | ) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| | ) No. 5:12-CV-716-FL |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of United States Magistrate Judge Robert B. Jones, Jr. on Plaintiff's Motion for Judgment on the Pleadings and Defendant's Motion for Judgment on the Pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on January 3, 2014, that the court ADOPTS the recommendation of the United States Magistrate Judge and for reasons stated more specifically therein, Plaintiff's Motion for Judgment on the Pleadings is DENIED, Defendant's Motion for Judgment on the Pleadings is GRANTED, and this matter is DISMISSED.

**This Judgment Filed and Entered on January 3, 2014, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Michael A. Haar (via CM/ECF Notice of Electronic Filing)

January 3, 2014          JULIE A. RICHARDS, CLERK
                         /s/ Susan W. Tripp
                         (By) Susan W. Tripp, Deputy Clerk